# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

ELDER ZACARIAS-LOPEZ,
#73584,

    *Plaintiff*,

vs.

BRIAN WILLIAMS, *et al.*

    *Defendants*.

2:12-cv-00548-GMN-GWF

ORDER

    Plaintiff, who is in the custody of the Nevada Department of Corrections, has submitted a civil rights complaint (#4) pursuant to 42 U.S.C. § 1983, which previously has been screened (#3). On the showing made in the pauper application (#1), the Court finds that plaintiff is unable to pay a substantial initial partial filing fee toward the full filing fee of three hundred fifty dollars ($350.00), pursuant to 28 U.S.C. § 1915(b)(1), and the application therefore will be granted as set forth herein.

    IT THEREFORE IS ORDERED:

    1.    Plaintiff's application (#1) to proceed *in forma pauperis* is GRANTED. Plaintiff shall not be required to pay an initial partial filing fee. However, even if this action is dismissed, the full filing fee still must be paid pursuant to 28 U.S.C. § 1915(b)(2).

    2.    Plaintiff is permitted to maintain this action to conclusion without the necessity of prepayment of any additional fees or costs or the giving of security therefor. This order granting leave to proceed *in forma pauperis* shall not extend to the issuance of subpoenas at government expense.

3. Pursuant to 28 U.S.C. § 1915(b)(2), the Nevada Department of Corrections shall pay to the Clerk of the United States District Court, District of Nevada, 20% of the preceding month's deposits to plaintiff's account, in the months that the account exceeds $10.00, until the full $350.00 filing fee has been paid for this action.  **The Clerk of the Court shall SEND a copy of this order to the Finance Division of the Clerk's Office.  The Clerk shall also SEND a copy of this order to the attention of the Chief of Inmate Services for the Nevada Department of Corrections, P.O. Box 7011, Carson City, NV 89702**.

4. The Attorney General's Office, which has advised as to the defendants for whom it can accept service, shall file, within **twenty-one (21) days** of entry of this order the last known address(es) of those identifiable defendant(s) for whom it has not accepted service

5. If service cannot be accepted for any of the named defendant(s), plaintiff shall file a motion identifying the unserved defendant(s), requesting issuance of a summons, and specifying a full name and address for said defendant(s).

6. The defendants for whom service has been accepted shall file and serve an answer or other response to the complaint within **sixty (60) days** from entry of this order.

7. Henceforth, plaintiff shall serve upon defendant(s) or, if an appearance has been entered by counsel, upon their attorney(s), a copy of every pleading, motion or other document submitted for consideration by the Court.  Plaintiff shall include with the original paper submitted for filing a certificate stating the date that a true and correct copy of the document was mailed to the defendants or counsel for the defendants.  If counsel has entered a notice of appearance, the plaintiff shall direct service to the individual attorney named in the notice of appearance, at the address stated therein.  The Court may disregard any paper received by a district judge or magistrate judge which has not been filed with the Clerk, and any paper received by a district judge, magistrate judge, or the Clerk which fails to include a certificate showing proper service.

DATED this 22nd day of June, 2012.

_____
Gloria M. Navarro
United States District Judge