# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| ELDER ZACARIAS-LOPEZ,<br><br>　　*Plaintiff*,<br><br>vs.<br><br>BRIAN WILLIAMS, *et al.*<br><br>　　*Defendants*. | 2:12-cv-00548-GMN-GWF<br><br>ORDER |

　　Plaintiff's motion (#12) for enlargement of time is GRANTED, and the time for plaintiff to mail a response to defendants' motion for summary judgment to the Clerk for filing is extended up to and including August 31, 2012.

　　　　DATED: July 10, 2012.

　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　Gloria M. Navarro
　　　　　　　　　　　　　　　　　　　United States District Judge