# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| ELDER ZACARIAS-LOPEZ,<br><br>*Plaintiff*,<br><br>vs.<br><br>BRIAN WILLIAMS, *et al.*<br><br>*Defendants*. | 2:12-cv-00548-GMN-GWF<br><br><br>ORDER |

Plaintiff's motion (#12) for enlargement of time is GRANTED, and the time for plaintiff to mail a response to defendants' motion for summary judgment to the Clerk for filing is extended up to and including August 31, 2012.

DATED: July 10, 2012.

_____
Gloria M. Navarro
United States District Judge